## BERNARD L. RAIDMAN v. LOUIS RAIDMAN

18 So. (2nd) 683          June Term, 1944

July 7, 1944          Division B

*Smathers, Thompson & Maxwell* and *L. S. Bonsteel,* for appellant.

*Abe Aronovitz,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.